1  LAWRENCE J. GORNICK, ESQ. (SBN 136290)
   DENNIS J. CANTY, ESQ. (SBN 207978)
2  EMILY CHARLEY, ESQ. (SBN 238542)
   **LEVIN SIMES KAISER & GORNICK LLP**
3  One Bush Street, 14th Floor
   San Francisco, California 94104
4  Telephone    (415) 646-7160
   Facsimile    (415) 981-1270
5
6  Attorneys for Plaintiff
7
8                  UNITED STATES DISTRICT COURT
9                  NORTHERN DISTRICT OF CALIFORNIA
10
11
12 LONNIE D. NEWTON,                    Case No. C 06 1846 SC
13         Plaintiff,                   **NOTICE OF VOLUNTARY DISMISSAL**
14     v.                               **HON. SAMUEL CONTI**
15 ASTRAZENECA PHARMACEUTICALS,         ORDER
   L.P., ASTRAZENECA, L.P., ELI LILLY AND
16 COMPANY, JOHNSON &
   JOHNSONCOMPANY, AND JANSSEN
17 PHARMACEUTICA PRODUCTS, L.P. A/K/A
   JANSSEN, L.P., A/K/A JANSSEN
18 PHARMACEUTICA, L.P., A/K/A JANSSEN
19 PHARMACEUTICA, INC.
20
           Defendants.
21
           NOTICE IS HEREBY GIVEN that pursuant to Fed. R. Civ. Pro. 41(a), Plaintiff
22
   voluntarily dismisses the above-captioned action without prejudice.
23
24 Dated: May 11, 2006                  **LEVIN SIMES KAISER & GORNICK LLP**
25
                                        _____
26 IT IS SO ORDERED                     Dennis J. Canty
                                        Attorneys for Plaintiff
27 Judge Samuel Conti
28 5/12/06

VOLUNTARY DISMISSAL                                                    PAGE 1